# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.                        CASE NO. 6:26-cr-10026-EFM

**JOAQUIN HERNANDEZ,**

        **Defendant.**

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1

**INTERSTATE COMMUNICATIONS
WITH A THREAT TO INJURE
[18 U.S.C. § 875]**

On or about January 22, 2026, in the District of Kansas, the defendant

**JOAQUIN HERNANDEZ,**

did knowingly and willfully transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit: a TikTok video posted threatening to shoot Immigration Customs Enforcement ("ICE") agents point blank if he sees them in Wichita, Kansas.

In violation of Title 18, United States Code, Section 875(c).

# COUNT 2

**RETALIATING AGAINST A FEDERAL OFFICIAL
BY THREATENING
[18 U.S.C. § 115(a)(1)(B)]**

On or about January 22, 2026, in the District of Kansas, the defendant

**JOAQUIN HERNANDEZ,**

did threaten to assault and murder Immigration Customs Enforcement ("ICE") agents, who are federal law enforcement officers, with the intent to impede, intimidate, and interfere with such federal law enforcement officers while engaged in the performance of their official duties and with the intent to retaliate against ICE agents on account of them performing their official duties in the city of Wichita.

In violation of Title 18, United States Code, Sections 115 (a)(1)(B).

A TRUE BILL.

January 28, 2026         s/Foreperson
DATE                          FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY


By: /s/ *Oladotun O. Odeyemi*
OLADOTUN O. ODEYEMI
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: ola.odeyemi@usdoj.gov
Ks. S. Ct. No. 29178


| IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS |
|---|

# **PENALTIES**

### **Count 1: 18 U.S.C. § 875(c)**

- Punishable by a term of imprisonment of not more than five years. 18 U.S.C. § 875(c).

- A term of supervised release of not more than three years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. §3571(b)(3).

- A mandatory special assessment of $100. 18 U.S.C. § 3013(a)(2)(A).

### **Count 2: 18 U.S.C. § 115(a)(1)(B)**

- A threatened assault carries a maximum sentence of six years; threatening to kidnap or murder carries a maximum sentence of ten years. 18 U.S.C. § 115(b)(4).

- A term of supervised release of not more than three years. 18 U.S.C. § 3583(b)(3).

- A fine not to exceed $250,000. 18 U.S.C. §3571(b)(3).

- A mandatory special assessment of $100. 18 U.S.C. § 3013(a)(2)(A).